1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON✜PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

   E-filing

   FILED
   FEB 15 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8            THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 THOMAS TAYLOR,                    )  CV No. 08    0981
12                                   )
             Plaintiff,              )
13                                   )
   vs.                               )  CERTIFICATION OF INTERESTED
14                                   )  ENTITIES OR PERSONS       EDL
   GENERAL ELECTRIC COMPANY,         )
15 WARREN PUMPS, LLC, VIAD CORP.,    )
                                     )
16                                   )
             Defendants.             )
17                                   )

18         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
19 associations of persons, firms, partnerships, corporations (including parent corporations) or other
20 entities (i) have a financial interest in the subject matter in controversy or in a party to the
21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
22 substantially affected by the outcome of this proceeding: Plaintiff's children Karen Boulier,
23 Thomas C. Taylor, Eileen Carlson, and Kristin Braeger.
24 Dated: 2/10/08                          BRAYTON✜PURCELL LLP
25
26                              By:       _____
                                          David R. Donadio
27                                        Attorneys for Plaintiff
28

K:\Injured\106887\FED\Certif parties (Taylor 106887).wpd        1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS