AO 440 (Rev. 10/93) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

THOMAS TAYLOR, Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

GENERAL ELECTRIC COMPANY et al,
Defendant

CV 08    0981   EDL

TO:

SEE ATTACHED LIST

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Donadio, Esq., S.B. #154436
BRAYTON PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

FEB 1 5 2008

_____    _____
CLERK                              DATE

Helen  /

(BY) DEPUTY CLERK

1  GENERAL ELECTRIC COMPANY
2
3
4
   WARREN PUMPS, LLC,
5
6
7
   VIAD CORP.,
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
    THOMAS TAYLOR, Plaintiff, v. GENERAL ELECTRIC COMPANY,  WARREN PUMPS,
25  LLC, VIAD CORP.,; *U.S. District Court, ND Calif.*
26
27
28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\106887\FED\Attachment to Summons.wpd            1
                                                  Attachment to Summons

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served: ......................................................
............................................................................................................

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
Name of person with whom the summons and complaint were left

☐    Returned unexecuted:

☐    Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                                                            Signature of Server

                                                                              _____
                                                                              Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.