UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS TAYLOR,

        Plaintiff,                        No. C08-00981 EDL

   v.                                RECUSAL ORDER

GENERAL ELECTRIC COMPANY, et al.,

        Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

    IT IS SO ORDERED.

Dated: March 13, 2008

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge