**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TAYLOR, | No. C 08-0981 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants / | |

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: March 17, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge