

44 Montgomery Street
Suite 400
San Francisco, CA
94104-4606

415.989.5900
415.989.0932 Fax
www.cbmlaw.com

Los Angeles
Sacramento
Walnut Creek

John G. Lee
Direct Dial: 415.743.2450
jlee@cbmlaw.com

April 3, 2008

**VIA FACSIMILE ONLY (202) 502-2888**

Michael Beck
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

>  Re:  *Thomas Taylor v. Warren Pumps, LLC*
>  **U.S. District Court, Northern District Of California,
>  Case No. 08-CV-0981-EDL**

Dear Mr. Beck:

On behalf of our client, Warren Pumps, LLC ("Warren"), we write to inform the Judicial Panel on Multidistrict Litigation ("the Panel") of the existence of a "tag-along" asbestos case currently pending in the United States District Court for the Northern District of California.

Plaintiff in the above-referenced matter has initiated a personal injury, asbestos-related action. Plaintiff claims that he was exposed to asbestos-containing products at his job sites. Thus, this action involves common questions of fact with numerous other asbestos actions previously transferred by the Panel pursuant to 28 U.S.C. § 1407. Accordingly, Warren requests that the Panel transfer this case to the Eastern District of Pennsylvania for consolidated pretrial proceedings.

This "tag-along" case was originally filed in the U.S. District Court for the Northern District of California on February 12, 2008. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

I enclose Warren's Notice of Tag-Along Action, which was filed with the U.S. District Court for the Northern District of California and served on plaintiff.

Plaintiff in this action is represented by Brayton & Purcell, LLP, 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

Michael Beck
*Thomas Taylor v. Warren Pumps, LLC*
U.S. District Court, Northern District Of California,
Case No. 08-CV-0981-EDL
April 3, 2008
Page 2

    Thank you for your attention to this matter. Please call me if you have any questions or require any additional information.

          Regards,

          CARROLL, BURDICK & McDONOUGH LLP

          John G. Lee

JGL:mf

Enclosure

cc: (via facsimile only) (w/out enclosure):
  David R Donadio, Brayton*Purcell, LLP

cc: (via E-File only) (w/out enclosure):
  United States District Court
  Northern District of California
  United States Courthouse
  450 Golden Gate Avenue
  San Francisco, CA 94102-3483

CBM-SF\SF399543.1